RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Gregorio Godinez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORIO GODINEZ, JONATHAN GARCIA AND ELIO RAMIREZ-GUERRERO,<br><br>Defendants. | Case No. 2:19-cr-00174-APG-NJK<br><br>**STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Gregorio Godinez, and Yi Lin Zheng, counsel for Jonathan Garcia, and Donald J. Green, counsel for Elio Ramirez-Guerrero that the previously ordered deadline for filing of pretrial motions be vacated and that the parties herein shall have to and including April 22, 2020, within which to file the Defendants' pretrial motions currently due March 23, 2020.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 6, 2020, 2020, to file any and all responsive pleadings, currently due April 6, 2020.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 13, 2020, 2020, to file any and all replies to dispositive motions, currently due April 13, 2020.

The Stipulation is entered into for the following reasons:

1. In light of the recent events surrounding the COVID-19 pandemic and the Center for Disease Control's guidelines recommending social distancing from others when possible of approximately 6 feet, undersigned counsels request a continuance to allow time to meet with their clients to discuss the case, to determine whether to file any pretrial motions and if so, to prepare the pretrial motions for filing, and to further decide how to best proceed with the case.

2. The defendants are incarcerated and do not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendants sufficient time within which to discuss the proposed resolution with his client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

This is the fourth stipulation to continue filed herein.

DATED this 19th day of March 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>Acting United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Robert Knief*<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |
| */s/ Yi Lin Zheng*<br>By_____<br>YI LIN ZHENG<br>Counsel for Jonathan Garcia | |
| */s/ Donald J. Green*<br>By_____<br>DONALD J. GREEN<br>Counsel for Elio Ramirez-Guerrero | |

|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **DISTRICT OF NEVADA** | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00174-APG-NJK |
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| v. | |
| GREGORIO GODINEZ, JONATHAN GARCIA AND ELIO RAMIREZ-GUERRERO, | |
| Defendants. | |

## **FINDINGS OF FACT, CONCLUSIONS OF LAW**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. In light of the recent events surrounding the COVID-19 pandemic and the Center for Disease Control's guidelines recommending social distancing from others when possible of approximately 6 feet, undersigned counsels request a continuance to allow time to meet with their clients to discuss the case, to determine whether to file any pretrial motions and if so, to prepare the pretrial motions for filing, and to further decide how to best proceed with the case.

2. The defendants are incarcerated and do not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendants sufficient time within which to discuss the proposed resolution with his client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including April 22, 2020, within which to file the Defendant's pretrial motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 6, 2020, 2020, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 13, 2020, 2020, to file any and all replies to dispositive motions.

DATED this 19th day of March 2020.

_____
UNITED STATES MAGISTRATE JUDGE