RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Gregorio Godinez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00174-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| GREGORIO GODINEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly A. Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Gregorio Godinez, that the Sentencing Hearing currently scheduled on November 9, 2022, at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

The Stipulation is entered into for the following reasons:

1. Counsel needs additional time to meet with Mr. Godinez prior to the sentencing hearing. Additionally, Mr. Godinez is assisting with a class offered at the Nevada Southern Detention Center and would like to complete the class prior to his sentencing hearing. Lastly,

time is needed to continue to gather mitigation information for Mr. Godinez, which is relevant to sentencing.

    2.    The defendant is incarcerated and does not object to the continuance.

    3.    The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 28th day of October 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Kimberly A. Sokolich*<br>By_____<br>KIMBERLY A. SOKOLICH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORIO GODINEZ,<br><br>    Defendant. | Case No. 2:19-cr-00174-APG-NJK<br><br>**ORDER** |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, November 9, 2022, at 9:00 a.m., be vacated and continued to February 15, 2023 at the hour of 10:00 a.m. in Courtroom 6C.

DATED this 28th day of October 2022.

_____
UNITED STATES DISTRICT JUDGE