RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Raquel_Lazo@fd.org

Attorney for Gregorio Godinez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>GREGORIO GODINEZ,<br><br>        Defendant. | Case No. 2:19-cr-00174-APG-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly A. Sokolich, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Gregorio Godinez, that the Sentencing Hearing currently scheduled on February 15, 2023, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. Mr. Godinez's case was recently reassigned to defense counsel on January 3, 2023. Since inheriting the case, defense counsel has reviewed the entire case file. Mr. Godinez has indicated that he has some questions and concerns regarding the upcoming

sentencing hearing. Defense counsel requires additional time to meet with Mr. Godinez to review the presentence investigation report and address his concerns.

2. Moreover, the presentence investigation report recommends a lengthier sentence than what the parties will be jointly recommending. Defense counsel needs time to put together a mitigation plan to justify the parties' requested sentence.

3. The defendant is incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

This is the third stipulation to continue filed herein.

DATED this 2nd day of February 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Kimberly A. Sokolich*<br>By_____<br>KIMBERLY A. SOKOLICH<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00174-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| GREGORIO GODINEZ, | |
| Defendant. | |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, February 15, 2023, at 10:00 a.m., be vacated and continued to May 3, 2023 at the hour of 10:30 a.m. in Courtroom 6C.

DATED this 3rd day of February 2023.

_____
UNITED STATES DISTRICT JUDGE